U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

AUG 1 3 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:13-cr-00294 |
| | * 18 U.S.C. § 2252A(a)(5)(B) |
| | * 18 U.S.C. § 2252A(a)(2)(A) |
| VERSUS | * 18 U.S.C. § 2422(b) |
| | * |
| | * JUDGE FOOTE |
| THOMAS DESSOYE | * MAGISTRATE JUDGE HILL |

### SUPERSEDING INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### POSSESSION OF CHILD PORNOGRAPHY

### 18 U.S.C. § 2252A(a)(5)(B)

On or about the 23rd day of April, 2013, in the Western District of Louisiana, the defendant, THOMAS DESSOYE, did knowingly and intentionally possess a computer containing child pornography images and movies as defined in Title 18, United States Code, Section 2256, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C. § 2252A(a)(5)(B)].

## COUNT 2

### RECEIVING CHILD PORNOGRAPHY

### 18 U.S.C. 2252A(a)(2)(A)

On or about the 15th day of April, 2013, in the Western District of Louisiana, the defendant, THOMAS DESSOYE, did knowingly and intentionally receive in interstate commerce, child pornography as defined in Title 18, United States Code, Section 2256, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

## COUNT 3

### RECEIVING CHILD PORNOGRAPHY

### 18 U.S.C. 2252A(a)(2)(A)

On or about the 5th day of January, 2013, in the Western District of Louisiana, the defendant, THOMAS DESSOYE, did knowingly and intentionally receive in interstate commerce, child pornography as defined in Title 18, United States Code, Section 2256, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

## COUNT 4

### DISTRIBUTING CHILD PORNOGRAPHY

### 18 U.S.C. 2252A(a)(2)(A)

On or about the 20th day of October, 2012, in the Western District of Louisiana, the defendant, THOMAS DESSOYE, did knowingly and intentionally

distribute in interstate commerce, child pornography as defined in Title 18, United States Code, Section 2256, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

## COUNT 5

### USING A FACILITY IN INTERSTATE COMMERCE TO ATTEMPT TO ENTICE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

### 18 U.S.C. 2422(b)

On or about the 31st day of October, 2012, in the Western District of Louisiana, the defendant, THOMAS DESSOYE, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
ROBERT C. ABENDROTH (Bar No. 32311)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618