UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  6:13-CR-00294-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| THOMAS DESSOYE | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Thomas Dessoye, and adjudges him guilty of the offenses charged in Count Four of the Superseding Indictment against him.

**THUS DONE AND SIGNED** this 16th day of April, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE